# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM BAX BUSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-10-725-R |
| ) | |
| GARFIELD CO. DETENTION ) | |
| FACILITY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered January 28, 2011. Doc. No. 19. Plaintiff has not filed an objection to the Report and Recommendation nor has he sought or been granted an extension of time in which to file an objection. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and this case is DISMISSED without prejudice because Plaintiff has failed to timely serve any of the Defendants and has failed to pay the remainder of his initial filing fee.

IT IS SO ORDERED this 18th day of February, 2011.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE